4-08-2002

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| GZA Geo Environmental, Inc. | 02-4593 (HAA) |
| DEFENDANT | TYPE OF PROCESS |
| The City of Newark | Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
City of Newark — First Union National Bank
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
920 Broad Street, Newark, New Jersey 07102

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Andrew M. Brewer, Esq.
Brach, Eichler
101 Eisenhower Parkway
Roseland, New Jersey 07068

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | n/a |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 973-228-5700
DATE: 3/12/03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 50 | District to Serve No. 50 | Signature of Authorized USMS Deputy or Clerk | Date 4/8/03 |
|---|---|---|---|---|---|
| | 1 | | | E Baskerville | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 4/8/03   Time: 12:02 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | .26 | | 45.26 | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED — 2. USMS RECORD — FORM USM-285 (Rev. 12/15/80)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

CIVIL NO. 02-4593(HAA)
**WRIT OF EXECUTION**

TO THE MARSHAL OF THE UNITED STATE DISTRICT COURT, DISTRICT OF NEW JERSEY:

**WHEREAS**, judgment was entered on the 7th day of March, 2003 in an action in the United States District Court, New Jersey between GZA GeoEnvironmental, Inc. plaintiff(s) and against The City of Newark defendant(s) in favor of said Plaintiff GZA GeoEnvironmental for the sum of $107,390.00 and costs taxed in the sum of $_____ as appears by the judgment filed in the Office of the Clerk of the United States District Court, District of New Jersey; **and**

**WHEREAS**, the said judgment was duly entered in the Office of the Clerk of the United States District Court, District of New Jersey, and the sum of $107,390.00 plus taxed costs in the sum of $_____ is now actually due thereon;

**THEREFORE**, you are hereby commanded to satisfy the said judgment out of the personal property of the said judgment debtor, as set forth in the attached affidavit, and if sufficient personal property cannot be found, then out of the real property belonging to such judgment debtor at the time said judgment was entered in the Office of the Clerk of this Court, or at anytime thereafter, in whosoever hands the same may be, as set forth in the attached affidavit and that you do pay the moneys realized by you from such property directly to said Plaintiff GZA Geo Environmental, Inc. or to their attorney in the said action, and return this execution and your proceedings thereon within one (1) year after date of its issuance to the Clerk of the United States District Court, District of New Jersey.

**WE FURTHER COMMAND YOU**, that in case of a sale, you make return of this writ with your proceedings thereon before said Clerk and pay to the Clerk of this Court any surplus in your hands within thirty (30) days after said sale.

**WITNESS**, the Honorable Harold A. Ackerman, a Judge of the United States District Court, District of New Jersey this day of March 10th, 2003.

William T. Walsh, Clerk
United States District Court

by: _____
Deputy Clerk

Prepared By:

ANDREW M. BREWER, Esq.
Attorney at Law

Address:
Brach, Eichler, Rosenberg, Silver,
Bernstein, Hammer & Gladstone
101 Eisenhower Parkway
Roseland, New Jersey 07068

LEVY:
Damages..........$ 107,390.00
Costs..............$_____

Interest thereon from
March 7, 2003

**Besides Marshal's Execution Fees**

CIVIL NO. 02-4593 (HAA)
Writ of Execution

COUNTY OF: Essex

STATE OF : New Jersey: **AFFIDAVIT**

Andrew M. Brewer being duly sworn, says:

1. I am the attorney for judgment creditor in the matter of GZA GeoEnvironmental, Inc. vs. The City of Newark, et al. Civil Action No. 02-4593 (HAA), and in that capacity and in conformance with N.J.S. 2A:17-1, et. seq., as made applicable to this case by Rule 69(a), Fed. R. Civ. P., I have caused to be conducted an examination of the assets of judgment debtor The City of Newark

2. I have determined the following non-exempt personal property of the judgment debtor is subject to execution in satisfaction of the judgment therein:

**PROPERTY DESCRIPTION**        **PROPERTY LOCATION**
All funds in Account No. 0311002252079950011754 at First Union National Bank, Newark, New Jersey, 07102 - in the name of The City of Newark

3. I have determined the following non-exempt real property of the judgment debtor is subject to execution in satisfaction of the judgment therein:

**PROPERTY DESCRIPTION**        **PROPERTY LOCATION**

_____
(Signature)

Subscribed and Sworn before me this
13th day of March, 2003

LEVENIA S. ARTESI
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires November 4 ~~1998~~ 2/03

RETURNABLE ON OR BEFORE
3/31/04

Recorded in the Clerk's Office of the United States District Court for the District of New Jersey in Book ___AN___ of Executions, Page ___ Ba 17___.

William T. Walsh, Clerk -
by: _____ Deputy Clerk

552694_1.DOC

Andrew M. Brewer / 5854
BRACH, EICHLER, ROSENBERG, SILVER,
BERNSTEIN, HAMMER & GLADSTONE
101 Eisenhower Parkway
Roseland, New Jersey 07068-1067
(973) 228-5700
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

GZA GEO ENVIRONMENTAL, INC.,

        Plaintiff,

   -against-

THE CITY OF NEWARK and
URS GREINER WOODWARD CLYDE, INC.

        Defendants.

---

Civil Action No. 02-4593(HAA)

**Affidavit and Request For Issuance of Writ of Execution**

State of New Jersey}
County of Essex}

I, Andrew M. Brewer, Attorney for Plaintiff GZA GeoEnvironmental, Inc. ("GZA") hereby state on oath that:

1. Judgment for $107,390.00 was entered on March 7, 2003 in the docket of the above-entitled action in favor of GZA as Judgment Creditor, and against The City of Newark

2. I am the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.